# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN KARATHANOS, on behalf of himself and all others similarly situated, | Case No. 2:17-cv-01091 ADS AYS |
| Plaintiff, | Hon. Arthur D. Spatt |
| vs. |  |
| QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; | Oral Argument Requested by Separate Letter |
| QUINCY BIOSCIENCE, LLC, a limited liability company; |  |
| PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS; |  |
| QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; |  |
| MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.; and |  |
| MICHAEL BEAMAN, individually as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC. |  |
| Defendants. |  |

**NOTICE OF DEFENDANTS QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC, MARK UNDERWOOD, <u>AND MICHAEL BEAMAN'S MOTION TO DISMISS THE COMPLAINT</u>**

**PLEASE TAKE NOTICE** that, on a date and time to be determined by the Court, Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. Quincy Bioscience Manufacturing, LLC, Mark Underwood, and Michael Beaman ("Defendants"), through their undersigned counsel, Kelley Drye & Warren LLP, will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, pursuant to Rules 8(a), 9(b), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff John Karathanos's Complaint with prejudice, along with such other, further and different relief as this Court deems just and proper.

**PLEASE THAT FURTHER NOTICE** that, in support of this Motion, Defendants shall rely on their supporting Memorandum of Law dated May 20, 2019, the Declaration of Mark Y. Underwood dated May 16, 2019, the Declaration of Michael Beaman dated May 15, 2019, and the Declaration of Glenn T. Graham dated May 20, 2019.

Dated: May 20, 2019                    KELLEY DRYE & WARREN LLP

                                       By:   _/s/ Geoffrey W. Castello_____
                                       Geoffrey W. Castello
                                       Jaclyn M. Metzinger
                                       Glenn T. Graham
                                       101 Park Avenue
                                       New York, New York 10178
                                       (T): (212) 808-7800
                                       (F): (212) 808-7897
                                       gcastello@kelleydrye.com
                                       jmetzinger@kelleydrye.com
                                       ggraham@kelleydrye.com

                                       *Attorneys for Defendants Quincy Bioscience*
                                       *Holding Company, Inc., Quincy Bioscience, LLC,*
                                       *Prevagen, Inc., dba Sugar River Supplements,*
                                       *Quincy Bioscience Manufacturing, LLC, Mark*
                                       *Underwood, and Michael Beaman*

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on the 20th day of May 2019, a copy of the foregoing **NOTICE OF DEFENDANTS QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOLSCIENCE, LLC, PREVAGEN, INC., QUINCY BIOSCIENCE MANUFACTURING, LLC, MARK UNDERWOOD, AND MICHAEL BEAMAN'S MOTION TO DISMISS THE COMPLAINT**, and supporting **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DECLARATION OF MARK Y. UNDERWOOD, DECLARATION OF MICHAEL BEAMAN, AND DECLARATION OF GLENN T. GRAHAM WITH EXHIBIT 1** were filed via Electronic Case Filing.  Notice and copies of this filing will be sent to all parties via the Court's Electronic Case Filing System.

By: */s/ Geoffrey W. Castello*
    Geoffrey W. Castello

*Attorneys for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., dba Sugar River Supplements, Quincy Bioscience Manufacturing, LLC, Mark Underwood, and Michael Beaman*