```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/30/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KARATHANOS,

                Plaintiff,

       v.

QUINCY BIOSCIENCE HOLDING
COMPANY, INC. *et al*,

              Defendants.

No. 19-CV-8023 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been reassigned to me for all purposes. No later than September 13, 2019, the parties are to file a joint letter updating the Court as to the status of this case.

SO ORDERED.

Dated:    August 30, 2019
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge