# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
HOUSTON, TX
AUSTIN, TX
CHICAGO, IL
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

GEOFFREY W. CASTELLO
EMAIL: gcastello@kelleydrye.com

September 10, 2019

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

    Re:    *Vanderwerff v. Quincy Bioscience Holding Co., Inc., et al.*
               Case No. 1:19-cv-07582-RA

             *Karathanos v. Quincy Bioscience Holding Co., Inc., et al.*
               Case No. 1:19-cv-08023-RA

Your Honor:

       We represent the Defendants in the two above-referenced matters and are writing, with the consent of Plaintiffs' counsel, on behalf of all parties. Currently, the parties are scheduled to provide a joint status report to the Court by this Friday, September 13, 2019. The parties have been engaged in discussions relating to a potential resolution of these matters and a brief extension of this deadline will give them an opportunity to continue those discussions. To that end, we respectfully request a two-week extension, until September 27, 2019, to provide a joint status report. There have been no previous requests for an adjournment of this deadline.

                                          Respectfully submitted,

                                          */s/ Geoffrey W. Castello*

                                          Geoffrey W. Castello

cc:    All counsel of record (via ECF)

4821-5418-7941v.1