| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-18-20 |

JOHN KARATHANOS, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

QUINCY BIOSCIENCE HOLDING COMPANY, INC., *et al.*,

                Defendants.

19-CV-8023 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 1, 2020, the parties notified the court that they had reached a settlement that would resolve all of the pending class actions between the parties, including the above-captioned actions. The court ordered the parties to promptly submit a joint status report following preliminary approval of the national class action settlement in the Related Florida Action. To date, the parties have not submitted a joint status report. No later than August 28, 2020, the parties shall do so. In the event that the national class action settlement in the Related Florida Action has not received preliminary approval, the parties shall so inform the court.

      SO ORDERED.

Dated:    August 18, 2020
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge